IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES C. WILLIAMSON, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § CIVIL ACTION NO. H-13-1259 |
| | § |
| MONTGOMERY COUNTY, TEXAS, *et al.*, | § |
| | § |
| Defendants. | § |

## ORDER OF DISMISSAL

For the reasons stated in the court's Memorandum and Order of even date, this action is dismissed.

SIGNED on February 5, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge